B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>**Southern District of Indiana** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Hofmeister's Personal Jewelers, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Hofmeister's Keepsake Diamond Center** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**35-1430130** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**3809 E. 82nd Street**<br>**Indianapolis, IN**<br>ZIP Code **46240** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Marion** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7    ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9      of a Foreign Main Proceeding<br>☑ Chapter 11<br>☐ Chapter 12   ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13    of a Foreign Nonmain Proceeding |

| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,   ☑ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as     business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |
|---|---|---|

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(4/10)                                                                                                      Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Hofmeister's Personal Jewelers, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _____<br>    Signature of Attorney for Debtor(s)            (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>    _____<br>    (Name of landlord that obtained judgment)<br><br><br>    _____<br>    (Address of landlord)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(4/10) | Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Hofmeister's Personal Jewelers, Inc.** |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Eric C. Redman** _____
Signature of Attorney for Debtor(s)

**Eric C. Redman #6330-49**
Printed Name of Attorney for Debtor(s)

**Redman Ludwig, PC**
Firm Name

**151 N. Delaware**
**Suite 1106**
**Indianapolis, IN 46204**
Address

**317-685-2426 Fax: 317-636-8686**
Telephone Number

**April 13, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Carter Hofmeister** _____
Signature of Authorized Individual

**Carter Hofmeister**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

**April 13, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrtpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Indiana

In re   **Hofmeister's Personal Jewelers, Inc.**        Case No. _____

                         Debtor(s)        Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

      Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **ANDREW MEYER LLC**<br>**550 PINETOWN RD SUITE 234**<br>**FT WASHINGTON, PA 19034** | **ANDREW MEYER LLC**<br>**550 PINETOWN RD SUITE 234**<br>**FT WASHINGTON, PA 19034** | **SUPPLIES** | | **35,829.00** |
| **Bellarri**<br>**7400 E McDonald Drive Suite# 110**<br>**Scottsdale, AZ 85250** | **Bellarri**<br>**7400 E McDonald Drive Suite# 110**<br>**Scottsdale, AZ 85250** | **SUPPLIES** | | **51,477.00** |
| **Beny Sofer**<br>**587 5th Ave. 9th Floor**<br>**New York, NY 10017** | **Beny Sofer**<br>**587 5th Ave. 9th Floor**<br>**New York, NY 10017** | **SUPPLIES** | | **32,956.50** |
| **CHAD ALLISON**<br>**576 5TH AVE SUITE 904**<br>**EW YORK, NY 10036** | **CHAD ALLISON**<br>**576 5TH AVE SUITE 904**<br>**EW YORK, NY 10036** | **SERVICES** | | **37,942.00** |
| **Dove's Jewelry Design**<br>**98 Cuttermill Road Suite# 493**<br>**Great Neck, NY 11021** | **Dove's Jewelry Design**<br>**98 Cuttermill Road Suite# 493**<br>**Great Neck, NY 11021** | **SERVICES** | | **20,051.00** |
| **Ebel**<br>**107 State Street**<br>**Moonachie, NJ 07074** | **Ebel**<br>**107 State Street**<br>**Moonachie, NJ 07074** | **SUPPLIES** | | **19,474.45** |
| **EXCLUSIVE DIAMONDS INC.**<br>**48 WEST 48th STREET SUITE 501**<br>**NEW YORK, NY 10036** | **EXCLUSIVE DIAMONDS INC.**<br>**48 WEST 48th STREET SUITE 501**<br>**NEW YORK, NY 10036** | **INVENTORY** | | **78,030.98** |
| **Gems One**<br>**25 West 45th Street Suite 1200**<br>**New York, NY 10036** | **Gems One**<br>**25 West 45th Street Suite 1200**<br>**New York, NY 10036** | **INVENTORY** | | **162,122.25** |
| **GEMS ONE CORPORATION**<br>**25 WEST 45TH STREET SUITE 1200**<br>**NEW YORK, NY 10036** | **GEMS ONE CORPORATION**<br>**25 WEST 45TH STREET SUITE 1200**<br>**NEW YORK, NY 10036** | **INVENTORY** | | **1,107,286.50** |
| **HONORA INDUSTRIES. INC.**<br>**18 EAST 48TH STREET**<br>**NEW YORK, NY 10017-1014** | **HONORA INDUSTRIES. INC.**<br>**18 EAST 48TH STREET**<br>**NEW YORK, NY 10017-1014** | **INVENTORY** | | **24,850.27** |
| **HOOVER & STRONG**<br>**10700 TRADE RD.**<br>**RICHMOND, VA 23236** | **HOOVER & STRONG**<br>**10700 TRADE RD.**<br>**RICHMOND, VA 23236** | **ADVERTISING** | | **31,354.11** |

B4 (Official Form 4) (12/07) - Cont.

In re **Hofmeister's Personal Jewelers, Inc.**                                        Case No. _____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| INDIANAPOLIS COLTS<br>PO BOX 535000 ATTN: STACY JOHNS<br>NDIANAPOLIS, IN 46253 | INDIANAPOLIS COLTS<br>PO BOX 535000 ATTN:  STACY JOHNS<br>NDIANAPOLIS, IN 46253 | ADVERTISING | | 34,530.00 |
| INDIANAPOLIS MONTHLY<br>7992 RELIABLE PARKWAY<br>CHICAGO, IL 60686 | INDIANAPOLIS MONTHLY<br>7992 RELIABLE PARKWAY<br>CHICAGO, IL 60686 | ADVERTISING | | 20,400.00 |
| ITALGEM CORP.<br>747 MIDDLE NECK ROAD SUITE 106<br>GREAT NECK, NY 11024 | ITALGEM CORP.<br>747 MIDDLE NECK ROAD SUITE 106<br>GREAT NECK, NY 11024 | INVENTORY | | 66,573.60 |
| PNC Bank, National Association<br>101 W. Washington Street Suite 935 East<br>Indianapolis, IN 46255 | PNC Bank, National Association<br>101 W. Washington Street Suite 935 East<br>Indianapolis, IN 46255 | real estate commonly known as 2650 Medicine Springs Drive, Steam Boat, Springs, Colorado | | 300,000.00<br><br>(250,000.00 secured) |
| Ritani LLC<br>30 Dr. Martin Luther King Jr. Blvd<br>White Plains, NY 10601 | Ritani LLC<br>30 Dr. Martin Luther King Jr. Blvd<br>White Plains, NY 10601 | INVENTORY | | 24,870.48 |
| Royal Gems & Jewelry, INC.<br>632 Vine Street Suite 700<br>Cincinnati, OH 45202-2440 | Royal Gems & Jewelry, INC.<br>632 Vine Street Suite 700<br>Cincinnati, OH 45202-2440 | INVENTORY | | 53,447.23 |
| STULLER SETTINGS<br>P.O. BOX 87777<br>LAFAYETTE LA, LA 70598-7777 | STULLER SETTINGS<br>P.O. BOX 87777<br>LAFAYETTE LA, LA 70598-7777 | INVENTORY | | 20,674.18 |
| VICTORINOX SWISS ARMY<br>PO BOX 845362<br>BOSTON, MA, MA 02284-5362 | VICTORINOX SWISS ARMY<br>PO BOX 845362<br>BOSTON, MA, MA 02284-5362 | INVENTORY | | 24,535.86 |
| VIDEOINDIANA, INC.<br>WTHR-13 DEPT. L-2380<br>COLUMBUS, OH 43260 | VIDEOINDIANA, INC.<br>WTHR-13 DEPT. L-2380<br>COLUMBUS, OH 43260 | ADVERTISING | | 73,705.50 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

          I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **April 13, 2011**                                       Signature   **/s/ Carter Hofmeister**
                                                                                          **Carter Hofmeister**
                                                                                          **Managing Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Southern District of Indiana

In re      **Hofmeister's Personal Jewelers, Inc.**                                          ,          Case No. _____
                                                                                        Debtor

                                                                                              Chapter_____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 250,000.00 | | |
| B - Personal Property | Yes | 3 | 3,549,695.82 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 3,280,829.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 36,215.97 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 25 | | 2,165,968.78 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 35 | | | |
| Total Assets | | | 3,799,695.82 | | |
| Total Liabilities | | | | 5,483,013.75 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Southern District of Indiana

In re   **Hofmeister's Personal Jewelers, Inc.**                                ,

Debtor

Case No. _____

Chapter _____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

&#9633;   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Hofmeister's Personal Jewelers, Inc.**            ,      Case No. _____

                                                Debtor

# SCHEDULE A - REAL PROPERTY

      Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

      **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

      If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **real estate commonly known as 2650 Medicine Springs Drive, Steam Boat, Springs, Colorado** | **Fee Simple** | - | **250,000.00** | **300,000.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **250,000.00** | (Total of this page) |
| Total > | **250,000.00** |  |

   **0**    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re   **Hofmeister's Personal Jewelers, Inc.**                                    ,        Case No. _____
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash on Hand** | - | 0.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Businss checking account held at PNC Bank (Acct. ending 9082)** | - | 4,000.00 |
| | | **Businss checking account held at Fifth Third Bank (Acct. ending 4996)** | - | 22,000.00 |
| | | **Businss checking account held at Wells Fargo (Acct. ending 1385)** | - | 3,328.60 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          **29,328.60**
(Total of this page)

 **2**   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Hofmeister's Personal Jewelers, Inc.**                              ,        Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s).  11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable** | **-** | **221,404.22** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

|  | Sub-Total > | **221,404.22** |
|---|---|---|
|  | (Total of this page) | |

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Hofmeister's Personal Jewelers, Inc.**                          ,    Case No. _____
                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Dodge Ram 1500 Quad Cab Mileage: Appx. 20,000** | - | 14,575.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **office equipment, furnishings and supplies** | - | 20,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **machinery, fixtures and equipment.** | - | 20,000.00 |
| 30. Inventory. | | **Inventory** | - | 3,244,388.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | **3,298,963.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **3,549,695.82** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re **Hofmeister's Personal Jewelers, Inc.** ,  Case No. _____
                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **250-0075785-000**<br><br>**Chrysler Financial**<br>**P.O. Box 9218**<br>**Farmington, MI 48333-9218** | | - | | Vehicle Lien<br><br>**2007 Dodge Ram 1500 Quad Cab**<br>**Mileage: Appx. 20,000** | | | | | |
| | | | | Value $           **14,575.00** | | | | **12,994.00** | **0.00** |
| Account No. **2199**<br><br>**Hearts on Fire Company**<br>**P.O. Box 1450 NW 5300**<br>**Minneapolis, MN 55485-5300** | | - | | UCC Lien<br><br>**Inventory** | | | | | |
| | | | | Value $          **536,693.00** | | | | **433,917.00** | **0.00** |
| Account No.<br><br>**Le Vian Corp.**<br>**235 Great Neck Road**<br>**Great Neck, NY 11021** | | - | | UCC Lien<br><br>**Inventory** | | | | | |
| | | | | Value $           **69,775.00** | | | | **17,279.00** | **0.00** |
| Account No. **447858**<br><br>**Movado Group Inc.**<br>**DBA Movado Watch Company**<br>**650 From Road suite 375**<br>**Paramus, NJ 07652-3500** | | - | | UCC Lien<br><br>**Inventory** | | | | | |
| | | | | Value $           **41,901.00** | | | | **21,639.00** | **0.00** |
| **1** continuation sheets attached | | | | Subtotal<br>(Total of this page) | | | | **485,829.00** | **0.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re __Hofmeister's Personal Jewelers, Inc._____,    Case No. _____
                                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No.<br><br>**PNC Bank, National Association**<br>**101 W. Washington Street**<br>**Suite 935 East**<br>**Indianapolis, IN 46255** | - | | | **UCC Lien**<br><br>**Inventory, Accounts Receivables, Equipment and furniture.**<br><br>Value $               2,857,423.00 | | | | 2,495,000.00 | 0.00 |
| Account No.<br><br>**PNC Bank, National Association**<br>**101 W. Washington Street**<br>**Suite 935 East**<br>**Indianapolis, IN 46255** | - | | | **1st Mortgage**<br><br>**real estate commonly known as 2650 Medicine Springs Drive, Steam Boat, Springs, Colorado**<br><br>Value $                  250,000.00 | | | | 300,000.00 | 50,000.00 |
| Account No.<br><br><br><br><br> | | | | <br><br><br><br>Value $ | | | | | |
| Account No.<br><br><br><br><br> | | | | <br><br><br><br>Value $ | | | | | |
| Account No.<br><br><br><br><br> | | | | <br><br><br><br>Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 2,795,000.00 | 50,000.00 |
| Total<br>(Report on Summary of Schedules) | 3,280,829.00 | 50,000.00 |

B6E (Official Form 6E) (4/10)

.

In re   **Hofmeister's Personal Jewelers, Inc.**                                      Case No. _____
                                                                    ,
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**1**_____  continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re     **Hofmeister's Personal Jewelers, Inc.**                                              ,     Case No. _____
                                                            Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | 3/11 | | | | | | |
| **Indiana Department of Revenue 100 N. Senate Avenue Rm. N203-Bankruptcy Indianapolis, IN 46204** | - | | **Sales Tax** | | | | | | 0.00 |
| | | | | | | | **20,294.28** | | **20,294.28** |
| Account No. | | | 02/11 | | | | | | |
| **Indiana Department of Revenue 100 N. Senate Avenue Rm. N203-Bankruptcy Indianapolis, IN 46204** | - | | **Sales Tax** | | | | | | 0.00 |
| | | | | | | | **15,921.69** | | **15,921.69** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

| | | |
|---|---|---|
| Sheet __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 0.00 |
| | | **36,215.97**      **36,215.97** |
| | Total (Report on Summary of Schedules) | 0.00 |
| | | **36,215.97**      **36,215.97** |

B6F (Official Form 6F) (12/07)

In re   **Hofmeister's Personal Jewelers, Inc.**              ,    Case No. _____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. 256610 <br><br> A. Jaffe <br> 154 W. 14th St. 12th floor <br> New York, NY 10011 | | - | | | 2/24/2011 <br> SUPPLIES | | | | 9,056.50 |
| Account No. VL994 <br><br> AFLAC <br> 1932 WYNNTON ROAD <br> COLUMBUS, GA 31993-8601 | | | | | 1/21/2011 <br> INSURANCE | | | | 97.84 |
| Account No. <br><br> AMCO ELEVATORS <br> P.O. BOX 7014 <br> INDIANAPOLIS, IN 46207 | | - | | | 2/1/2011 <br> SERVICES | | | | 77.25 |
| Account No. <br><br> AMERICAN GEM SOCIETY <br> 8881 WEST SAHARA AVE <br> LAS VEGAS, NV 89117 | | - | | | 11/29/2010 <br> SUPPLIES | | | | 19,182.90 |

__24__   continuation sheets attached

Subtotal
(Total of this page)      **28,414.49**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                      S/N:35458-110406    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Hofmeister's Personal Jewelers, Inc._____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br>**ANDREW MEYER LLC**<br>**550 PINETOWN RD SUITE 234**<br>**FT WASHINGTON, PA 19034** | | - | | 1/28/2011<br>SUPPLIES | | | | 35,829.00 |
| Account No. **00191998-0000** <br><br>**ANTHEM BCBS IN GROUP**<br>**P.O. Box 105113**<br>**Atlanta, GA 30348-5113** | | - | | 2/1/2011<br>INSURANCE | | | | 7,017.80 |
| Account No. **ACCT #HOF1001** <br><br>**ARMSTRONG TOOL & SUPPLY**<br>**31541 W. EIGHT MILE RD**<br>**LIVONIA, MI 48152** | | - | | 1/28/2011<br>SUPPLIES | | | | 323.53 |
| Account No. <br><br>**ASCENSUS**<br>**P.O. BOX 36469**<br>**NEWARK, NJ 07188-6469** | | - | | 2/10/2011<br>SUPPLIES | | | | 560.00 |
| Account No. <br><br>**AT&T**<br>**PO BOX 660011**<br>**DALLAS, TX 75266-0011** | | - | | 2/16/2011<br>PHONE | | | | 120.00 |

Sheet no. __1__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

43,850.33

B6F (Official Form 6F) (12/07) - Cont.

In re    **Hofmeister's Personal Jewelers, Inc.**                              ,        Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **7000011309**<br><br>AT&T ADVERTISING & PUBLISHING<br>PO BOX 8112<br>AURORA, IL 60507-8112 | - | | | | 2/7/2011<br>ADVERTISING | | | | 556.55 |
| Account No. 875374957<br><br>AT&T MOBILITY<br>PO BOX 6463<br>CAROL STREAM, IL 60197-6463 | - | | | | 2/21/2011<br>SERVICES | | | | 368.34 |
| Account No.<br><br>Bellarri<br>7400 E McDonald Drive Suite# 110<br>Scottsdale, AZ 85250 | | | | | 1/3/2011<br>SUPPLIES | | | | 51,477.00 |
| Account No. **5653**<br><br>BENCHMARK<br>PO DRAWER 2929<br>TUSCALOOSA, AL 35403 | - | | | | 2/23/2011<br>SUPPLIES | | | | 12,564.38 |
| Account No.<br><br>Beny Sofer<br>587 5th Ave. 9th Floor<br>New York, NY 10017 | - | | | | 2/19/2011<br>SUPPLIES | | | | 32,956.50 |

Sheet no. __2__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    97,922.77

B6F (Official Form 6F) (12/07) - Cont.

In re    **Hofmeister's Personal Jewelers, Inc.** ,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**BERGSTROM JEWELERS**<br>**12 SOUTH 6TH STREET SUITE 229**<br>**MINNEAPOLIS, MN 55402** | - | | 5/10/2006<br>**INVENTORY** | | | | 0.00 |
| Account No. <br><br>**BETTER BUSINESS BUREAU**<br>**22 E WASHINGTON**<br>**INDIANAPOLIS, IN 46204** | - | | 1/2/2011<br>**DUES** | | | | 350.00 |
| Account No. <br><br>**BIXBY**<br>**18 EAST 48TH STREET**<br>**NEW YORK, NY 10017-1014** | - | | 12/20/2010<br>**INVENTORY** | | | | 15,212.15 |
| Account No. **168812** <br><br>**BULOVA CORP.**<br>**PO BOX 36138**<br>**NEWARK, NJ 07188-6138** | - | | 12/14/2010<br>**INVENTORY** | | | | 18.19 |
| Account No. <br><br>**CEDAR TRADING INC**<br>**2425 W LOOP SOUTH #585**<br>**HOUSTON, TX 77027** | - | | 2/8/2011<br>**INVENTORY** | | | | 12,419.00 |

Sheet no. __3__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      27,999.34

B6F (Official Form 6F) (12/07) - Cont.

In re    __Hofmeister's Personal Jewelers, Inc._____,    Case No. _____

    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **CERIDIAN** PO BOX 10989 NEWARK, NJ 07193 | - | | 2/1/2011 INVENTORY | | | | 142.08 |
| Account No. **CH** KING COLE BUILDING ONE NORTH MERIDINA ST INDIANAPOLIS, IN 46204 | - | | 2/24/2011 INVENTORY | | | | 515.00 |
| Account No. **10772** **CHAD ALLISON** 576 5TH AVE SUITE 904 EW YORK, NY 10036 | | | 12/4/2010 SERVICES | | | | 37,942.00 |
| Account No. **Cherie Dori** 10001 W Oakland PK Blvd Suite 202 Sunrise, FL 33351 | - | | 2/8/2011 SERVICES | | | | 11,709.00 |
| Account No. **ACCT #018-07317** **CINTAS CORPORATION #018** P.O. Box 630803 Cincinnati, OH 45263-0803 | - | | 2/21/2011 SERVICES | | | | 317.44 |

Sheet no. __4___ of __24___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

50,625.52

B6F (Official Form 6F) (12/07) - Cont.

In re   **Hofmeister's Personal Jewelers, Inc.**                                                     ,     Case No. _____
                                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **221536-190447** <br><br> **CITIZENS GAS** <br> **PO BOX 7056** <br> **INDIANAPOLIS, IN 46207** | - | | 2/14/2011 <br> UTILITIES | | | | 382.30 |
| Account No. <br><br> **CLEAR CHANNEL BROADCASTING, INC** <br> **PO BOX 406026** <br> **ATLANTA, GA, GA 30384-6026** | - | | 12/26/2010 <br> ADVERTISING | | | | 7,556.50 |
| Account No. **30420** <br><br> **COLIBRI CORP.** <br> **25 Fairmount Ave.** <br> **East Providence, RI 02914** | - | | 1/11/2011 <br> INVENTORY | | | | 45.75 |
| Account No. **09556630319-01-4** <br><br> **COMCAST CABLE** <br> **P.O. Box 3005** <br> **Southeastern, PA 19398-3005** | - | | 2/14/2011 <br> ADVERTISING | | | | 147.82 |
| Account No. <br><br> **Comex** <br> **650 S. Hill Street Suite 629** <br> **Los Angeles, CA 90014** | - | | 12/15/2010 <br> DUES | | | | 8,399.00 |

Sheet no. __5__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                       16,531.37

B6F (Official Form 6F) (12/07) - Cont.

In re    **Hofmeister's Personal Jewelers, Inc.**                                              ,    Case No. _____

                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **100792** <br><br> **COPPER MOON REFRESHMENT SERVICES** <br> **6555 E. 30th STREET  SUITE F** <br> **INDIANAPOLIS, IN 46219** | - | | 2/10/2011 <br> SERVICES | | | | 192.66 |
| Account No. <br><br> **COSERV** <br> **PO BOX 100879** <br> **ATLANTA, GA 30384** | - | | 2/1/2011 <br> ADVERTISING | | | | 67.80 |
| Account No. <br><br> **CUMULUS** <br> **LOCKBOX 3649 PO BOX 643649** <br> **CINCINNATI, OH 46264-3649** | - | | 12/26/2010 <br> ADVERTISING | | | | 3,080.00 |
| Account No. <br><br> **David Spivak Designs** <br> **P.O. Box 1297** <br> **Weston, CT 06883** | - | | 11/15/2010 <br> SERVICES | | | | 5,040.00 |
| Account No. <br><br> **DIDGEBRIDGE, LLC** <br> **10401 NORTH MERIDIAN STREET** <br> **SUITE 300** <br> **INDIANAPOLIS, IN 46290** | - | | 2/15/2011 <br> SERVICES | | | | 5,000.00 |

Sheet no. __6__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,380.46

B6F (Official Form 6F) (12/07) - Cont.

In re   **Hofmeister's Personal Jewelers, Inc.**                                    ,   Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. <br><br> **Dove's Jewelry Design** <br> **98 Cuttermill Road Suite# 493** <br> **Great Neck, NY 11021** | - | | | | 2/22/2011 <br> SERVICES | | | | 20,051.00 |
| Account No. <br><br> **DSL Pearl INC.** <br> **15 West 47th Street Suite 605** <br> **New Yor, NY 10036** | - | | | | 2/18/2011 <br> SERVICES | | | | 304.00 |
| Account No. <br><br> **EARSHOT AUDIO POST, LLC.** <br> **6311 WESTFIELD BLVD SUITE 300** <br> **INDINAPOLIS, IN 46220** | - | | | | 2/7/2011 <br> ADVERTISING | | | | 258.34 |
| Account No. <br><br> **Ebel** <br> **107 State Street** <br> **Moonachie, NJ 07074** | - | | | | 1/27/2011 <br> SUPPLIES | | | | 19,474.45 |
| Account No. 447858 <br><br> **ESQUIRE EWC DIVISION OF NAWC** <br> **15741 COLLECTIONS CENTER DR.** <br> **CHICAGO, IL 60693** | - | | | | 12/20/2010 <br> DUES | | | | 4,557.40 |

Sheet no. __7__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **44,645.19**

B6F (Official Form 6F) (12/07) - Cont.

In re __Hofmeister's Personal Jewelers, Inc._____,   Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **EXCLUSIVE DIAMONDS INC.** <br> **48 WEST 48th STREET SUITE 501** <br> **NEW YORK, NY 10036** | - | | | 12/2/2010 <br> INVENTORY | | | | 78,030.98 |
| Account No. <br><br> **EXIT 76 ANTIQUE MALL** | - | | | 1/31/2011 | | | | 498.21 |
| Account No. <br><br> **F. PEN COSBY** <br> **251 EAST OHIO STREET SUITE 915** <br> **INDIANAPOLIS, IN 46204** | - | | | 11/29/2010 <br> SERVICES | | | | 1,350.00 |
| Account No. <br><br> **FILE-A-GEM** <br> **PO BOX 138** <br> **BAXTER SPRINGS, KS 66713** | - | | | 2/10/2011 <br> SERVICES | | | | 262.62 |
| Account No. <br><br> **FJD USA INC.** <br> **29560 BECK ROAD SUITE 101** <br> **WIXOM, MI 48393** | - | | | 12/15/2010 <br> SERVICES | | | | 5,255.77 |

Sheet no. __8__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

85,397.58

B6F (Official Form 6F) (12/07) - Cont.

In re    **Hofmeister's Personal Jewelers, Inc.**                                    ,      Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**GEM 2000**<br>**P.O. BOX 091070**<br>**COLUMBUS, OH 43209** | - | | 2/12/2008<br>SERVICES | | | | 4,230.00 |
| Account No. **12305**<br><br>**Gems One**<br>**25 West 45th Street Suite 1200**<br>**New York, NY 10036** | - | | 2/15/2011<br>INVENTORY | | | | 162,122.25 |
| Account No.<br><br>**GEMS ONE CORPORATION**<br>**25 WEST 45TH STREET SUITE 1200**<br>**NEW YORK, NY 10036** | - | | 2/9/2011<br>INVENTORY | | | | 1,107,286.50 |
| Account No.<br><br>**GOLDEN HAWK**<br>**1935 ACORN COURT**<br>**AVON, IN 46123** | - | | 8/15/2010<br>ADVERTISING | | | | 568.50 |
| Account No. **HOF001**<br><br>**GOLDEN WEST**<br>**861 6TH AVE. SUITE 800**<br>**SAN DIEGO, CA 92101** | - | | 1/10/2011<br>ADVERTISING | | | | 9,830.75 |

Sheet no. __9__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **1,284,038.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Hofmeister's Personal Jewelers, Inc._____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **GUARDIAN PACKAGING** <br> **110 CENTER STREET** <br> **WILDER, KY 41071-2906** | - | | | 1/31/2011 <br> **SUPPLIES** | | | | 1,093.50 |
| Account No. **21275** <br><br> **HADLEY-ROMA** <br> **PO BOX 1130** <br> **LARGO, FL 33779** | - | | | 2/1/2011 <br> **SUPPLIES** | | | | 174.40 |
| Account No. <br><br> **HARPER'S BAZAAR** <br> **P.O. Box 7175** <br> **Red Oak, IA 51591-4175** | - | | | 1/3/2011 <br> **ADVERTISING** | | | | 12.84 |
| Account No. <br><br> **HONORA INDUSTRIES. INC.** <br> **18 EAST 48TH STREET** <br> **NEW YORK, NY 10017-1014** | - | | | 1/26/2011 <br> **INVENTORY** | | | | 24,850.27 |
| Account No. <br><br> **HOOVER & STRONG** <br> **10700 TRADE RD.** <br> **RICHMOND, VA 23236** | - | | | 2/14/2011 <br> **ADVERTISING** | | | | 31,354.11 |

Sheet no. __10__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

57,485.12

B6F (Official Form 6F) (12/07) - Cont.

In re  __Hofmeister's Personal Jewelers, Inc._____,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **INDIANA INSURANCE COMPANY** P.O. BOX 7906 LOVELAND, OH 45140-7906 | - | | 2/7/2011 INSURANCE | | | | 1,022.81 |
| Account No. **INDIANA OXYGEN** PO BOX 78588 INDIANAPOLIS, IN 46278 | - | | 1/31/2011 SUPPLIES | | | | 38.28 |
| Account No. **INDIANA RETAIL COUNCIL** ONE NORTH CAPITOL SUITE 430 NDIANAPOLIS, IN 46204 | - | | 1/1/2011 ADVERTISING | | | | 500.00 |
| Account No. **INDIANAPOLIS COLTS** PO BOX 535000 ATTN: STACY JOHNS NDIANAPOLIS, IN 46253 | - | | 1/17/2011 ADVERTISING | | | | 34,530.00 |
| Account No. **INDIANAPOLIS MONTHLY** 7992 RELIABLE PARKWAY CHICAGO, IL 60686 | - | | 2/28/2011 ADVERTISING | | | | 20,400.00 |

Sheet no. __11__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     56,491.09

B6F (Official Form 6F) (12/07) - Cont.

In re    **Hofmeister's Personal Jewelers, Inc.**                                     ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **INDIANAPOLIS RADIO** <br> **7999 RELIABLE PARKWAY** <br> **CHICAGO, IL 60686-0079** | - | | | 12/5/2010 <br> **ADVERTISING** | | | | 4,675.00 |
| Account No. 315202 <br><br> **INDIANAPOLIS WATER** <br> **PO BOX 1990** <br> **INDIANAPOLIS, IN 46206** | - | | | 2/23/2011 <br> **UTILITIES** | | | | 362.57 |
| Account No. 3409 <br><br> **INDIANAPOLIS WATER CO** <br> **PO BOX 1990** <br> **INDIANAPOLIS, IN 46206** | - | | | 2/21/2011 <br> **UTILITIES** | | | | 16.20 |
| Account No. 315203 <br><br> **INDIANAPOLIS WATER CO.** <br> **PO BOX 1990** <br> **INDIANAPOLIS, IN 46206** | - | | | 2/23/2011 <br> **UTILITIES** | | | | 411.27 |
| Account No. <br><br> **INTELLIGENT SYSTEMS** <br> **14630 DEERWOOD DRIVE** <br> **CARMEL, IN 46033** | - | | | 3/8/2010 <br> **COMPUTER** | | | | 740.00 |

Sheet no. __12__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **6,205.04**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Hofmeister's Personal Jewelers, Inc.** ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Isaac Davidowits LLC** <br>**579 Fifth Ave Suite 860** <br>**New York, NY 10017** | | - | 1/14/2011 <br>**INVENTORY** | | | | 7,000.00 |
| Account No. <br><br> **ITALGEM CORP.** <br>**747 MIDDLE NECK ROAD SUITE 106** <br>**GREAT NECK, NY 11024** | | - | 12/7/2010 <br>**INVENTORY** | | | | 66,573.60 |
| Account No. <br><br> **JEWELERS MUTUAL INSURANCE COMPANY** <br>**P.O. BOX 468** <br>**NEENAH, WI 54957-0468** | | - | 2/9/2011 <br>**INSURANCE** | | | | 4,473.25 |
| Account No. <br><br> **JEWELS BY STAR** <br>**579 FIFTH AVENUE STE 900** <br>**NEW YORK, NY 10017** | | - | 2/10/2011 <br>**INVENTORY** | | | | 205.00 |
| Account No. A44039012 <br><br> **JULES BOREL & COMPANY** <br>**1110 GRAND AVE** <br>**KANSAS CITY, MO 64106** | | - | 2/11/2011 <br>**INVENTORY** | | | | 91.75 |

Sheet no. __13__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

78,343.60

B6F (Official Form 6F) (12/07) - Cont.

In re __Hofmeister's Personal Jewelers, Inc._____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**KATZ, SAPPER & MILLER**<br>**P.O. BOX 7096 DEPT #235**<br>**INDIANAPOLIS, IN 46206-7096** | - | | 2/16/2011<br>**ACCOUNTING** | | | | **3,600.00** |
| Account No. <br><br>**KBCR**<br>**PO BOX 774050**<br>**STEAMBOAT SPRINGS, CO 80477** | - | | 12/30/2010<br>**SERVICES** | | | | **625.00** |
| Account No. <br><br>**KIMBERLY COLLINS COLORED GEMS**<br>**12400 St. Hwy. 71 West Suite 350-313**<br>**Austin, TX 78738** | | | 12/6/2010<br>**INVENTORY** | | | | **280.20** |
| Account No. **PGR 479-78**<br><br>**LA LANDSCAPES, INC.**<br>**P.O. BOX 30186**<br>**INDIANAPOLIS, IN 46230** | - | | 11/5/2010<br>**SERVICES** | | | | **6,696.53** |
| Account No. <br><br>**LAKE CLEARWATER LAKE ASSOC.**<br>**C/O KIRKPATRICK MANAGEMENT COMPANY PO BO**<br>**INDIANAPOLIS, IN 46220** | - | | 1/1/2011<br>**SERVICES** | | | | **375.00** |

Sheet no. __14__ of __24__ sheets attached to Schedule of      Subtotal      **11,576.73**
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re __Hofmeister's Personal Jewelers, Inc.__ ,                    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**LASER BUSINESS FORMS**<br>**PO BOX 502450**<br>**INDIANAPOLIS, IN 46250** | - | | 1/26/2011<br>SUPPLIES | | | | 326.37 |
| Account No. **HOFM10**<br><br>**LESLIE'S**<br>**585 WEST PUTNAM AVENUE**<br>**GREENWICH, CT 06830** | - | | 2/10/2011<br>INVENTORY | | | | 1,947.50 |
| Account No. **01T1601869**<br><br>**LINCOLN BENEFIT LIFE COMPANY**<br>**PO BOX 3582**<br>**AKRO, OH 44309-3582** | - | | 1/29/2011<br>INSURANCE | | | | 1,166.40 |
| Account No. **5-176-104**<br><br>**LITURGICAL PUBLICATIONS INC.**<br>**PO BOX 510817**<br>**NEW BERLIN, WI 53151** | - | | 1/10/2011<br>ADVERTISING | | | | 540.00 |
| Account No. **21176**<br><br>**MAURICE LACROIX**<br>**401 HACKENSACK AVE.**<br>**HACKENSACK, NJ 07601** | - | | 11/29/2010<br>INVENTORY | | | | 4,438.00 |

Sheet no. __15__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                8,418.27

B6F (Official Form 6F) (12/07) - Cont.

In re    __Hofmeister's Personal Jewelers, Inc._____ ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 12/13/2010 INVENTORY | | | | |
| MICHAEL D. SCHOFIELD P.O. BOX 81 CLEAR CREEK, IN 47426 | - | | | | | | | 5,995.00 |
| Account No. | | | | 2/14/2011 INSURANCE | | | | |
| MIDLAND NATIONAL LIFE INS. CO PO BOX 5973 SIOUX FALLS, SD 57117 | - | | | | | | | 2,087.00 |
| Account No. | | | | 2/1/2011 SUPPLIES | | | | |
| MIDWEST AUTOMATED TIME SYSTEMS 2324 WEST 63RD. ST. DAVENPORT, IA 52806 | - | | | | | | | 272.85 |
| Account No. | | | | 1/14/2011 INVENTORY | | | | |
| MIDWEST DIAMOND DISTRIBUTORS 4440 LAKE FOREST DRIVE #114 CINCINNATI, OH 45242 | - | | | | | | | 5,759.00 |
| Account No. | | | | 2/1/2011 ATTORNEY FEES | | | | |
| MONDAY JONES & ALBRIGHT 1915 BROAD RIPPLE AVENUE INDIANAPOLI, IN 46220 | - | | | | | | | 133.00 |

Sheet no. __16__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal    (Total of this page)    **14,246.85**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Hofmeister's Personal Jewelers, Inc.**                                          ,   Case No. _____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **98257**<br><br>**MUZAK LLC**<br>**PO BOX 71070**<br>**CHARLOTTE, NC 28272-1070** | | - | **2/1/2011**<br>**SERVICES** | | | | **92.89** |
| Account No. **4436-0320-3900-7108**<br><br>**NATIONAL CITY**<br>**PO BOX 856176**<br>**LOUISVILLE, KY 40285** | | - | **1/30/2011**<br>**CREDIT CARD** | | | | **2,230.30** |
| Account No. **11083**<br><br>**NIGHT RIDER JEWELRY**<br>**4409 S. RURAL ROAD**<br>**TEMPE, AZ 85285** | | - | **2/11/2011**<br>**INVENTORY** | | | | **1,521.45** |
| Account No. **45664288**<br><br>**OFFICE DEPOT**<br>**PO BOX 633211**<br>**CINCINNATI, OH 45263-3211** | | - | **2/11/2011**<br>**SUPPLIES** | | | | **327.72** |
| Account No. **7471822**<br><br>**ONE COMMUNICATIONS**<br>**P.O. BOX 415721**<br>**BOSTON, MA 02441-5721** | | - | **2/2/2011**<br>**TELEPHONE** | | | | **429.82** |

Sheet no. __**17**__ of __**24**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,602.18**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Hofmeister's Personal Jewelers, Inc.**                                   ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **8898710** | | | | | 12/7/2010 SUPPLIES | | | | |
| PAETEC PO BOX 3243 MILWAUKEE, WI 53201-3243 | - | | | | | | | | 746.09 |
| Account No. **192-480** | | | | | 2/18/2011 INVENTORY | | | | |
| PANDORA JEWELRY 8671 ROBERT FULTON DRIVE SUITE A COLUMBIA, MD 21046 | - | | | | | | | | 2,712.66 |
| Account No. | | | | | 12/20/2010 ADVERTISING | | | | |
| PAROCHIAL/U.S. BOOK COVERS 10540 SO. WESTERN AVE CHICAGO, IL 60643 | - | | | | | | | | 159.00 |
| Account No. **Acct #2959998** | | | | | 2/13/2011 SERVICES | | | | |
| PITNEY BOWES GLOBAL FINANCIAL SER P.O. BOX 371887 PITTSBURGH, PA 15250-7887 | - | | | | | | | | 221.49 |
| Account No. **8000-9000-0542-8366** | | | | | 2/3/2011 SUPPLIES | | | | |
| PITNEY BOWES PURCHASE POWER P.O. BOX 371874 PITTSBURGH, PA 15250-7874 | - | | | | | | | | 124.96 |

Sheet no. __**18**__ of __**24**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **3,964.20**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Hofmeister's Personal Jewelers, Inc.**                                          ,   Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1016**<br><br>**QUALITY GOLD OF CINCINNATI**<br>**PO BOX 18490**<br>**FAIRFIELD, OH 45018** | - | | 2/21/2011<br>**INVENTORY** | | | | 1,141.17 |
| Account No. **54973**<br><br>**QUENCH USA, LLC**<br>**P.O. Box 644006**<br>**Cincinnati, OH 45264-4006** | - | | 2/8/2011<br>**ADVERTISING** | | | | 131.07 |
| Account No.<br><br>**RADIO DISNEY GROUP LLC**<br>**14456 COLLECTIONS CENTER**<br>**CHICAGO, IL 60693** | | | 1/30/2011<br>**ADVERTISING** | | | | 4,474.00 |
| Account No. **5954**<br><br>**REMBRANDT CHARMS**<br>**370 S. YOUNGS RD.**<br>**BUFFALO, NY 14221** | - | | 1/27/2011<br>**INVENTORY** | | | | 434.26 |
| Account No. **26983**<br><br>**REPUBLIC NATIONAL DISTRIBUTING CO**<br>**P.O. BOX 660357**<br>**INDIANAPOLI, IN 46266** | - | | 2/18/2011<br>**INVENTORY** | | | | 269.28 |

Sheet no. __19__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **6,449.78**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Hofmeister's Personal Jewelers, Inc.**                                    ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1148**<br><br>**RIO GRANDE**<br>**7500 Bluewater RD NW**<br>**ALBUQUERQUE, NM 87121-1962** | - | | 1/5/2011<br>SERVICES | | | | 43.21 |
| Account No.<br><br>**Ritani LLC**<br>**30 Dr. Martin Luther King Jr. Blvd**<br>**White Plains, NY 10601** | - | | 2/24/2011<br>INVENTORY | | | | 24,870.48 |
| Account No.<br><br>**Royal Gems & Jewelry, INC.**<br>**632 Vine Street Suite 700**<br>**Cincinnati, OH 45202-2440** | - | | 2/18/2011<br>INVENTORY | | | | 53,447.23 |
| Account No. **H0222**<br><br>**SKYLINE CLUB**<br>**ONE AMERICAN SQUARE 36TH.**<br>**FLOOR**<br>**INDIANAPOLIS, IN 46204** | - | | 2/15/2011<br>DUES | | | | 300.46 |
| Account No.<br><br>**SONITROL OF INDIANAPOLIS**<br>**219 EAST ST. JOSEPH ST.**<br>**INDIANAPOLIS, IN 46202** | - | | 2/3/2011<br>SERVICES | | | | 785.00 |

Sheet no. __20__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

79,446.38

B6F (Official Form 6F) (12/07) - Cont.

In re __Hofmeister's Personal Jewelers, Inc._____ ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **C02210**<br><br>**SPECTORE CORP**<br>**510 GOOLSBY BLVD**<br>**DEERFIELD BEACH, FL 33442** | | - | 1/20/2011<br>SERVICES | | | | 154.64 |
| Account No.<br><br>**Structure MFG.**<br>**550 S. Hill St. Suite 1680**<br>**Los Angeles, CA 90013** | | - | 1/18/2011<br>INVENTORY | | | | 206.27 |
| Account No. **36391**<br><br>**STULLER SETTINGS**<br>**P.O. BOX 87777**<br>**LAFAYETTE LA, LA 70598-7777** | | - | 2/24/2011<br>INVENTORY | | | | 20,674.18 |
| Account No.<br><br>**THE BUTLER COLLEGIAN**<br>**ATTN: AD MANAGER 4600 SUNSET AVENUE**<br>**INDIANAPOLIS, IN 46208** | | - | 2/16/2011<br>ADVERTISING | | | | 680.00 |
| Account No. **46240-1**<br><br>**THE WM. S. McCAW COMPANY**<br>**PO BOX 1009**<br>**TOLEDO, OH 43697** | | - | 1/31/2011<br>ADVERTISING | | | | 474.22 |

Sheet no. __21__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                22,189.31

B6F (Official Form 6F) (12/07) - Cont.

In re   **Hofmeister's Personal Jewelers, Inc.**                                    ,   Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**TIMPE & TIMPE CPAS, LLC**<br>**4212 W. 71ST STREET SUITE C**<br>**INDIANAPOLIS, IN 46268** | - | | | 1/31/2011<br>ACCOUNTING | | | | 9,440.40 |
| Account No.<br><br>**TOTAL TRAINING NEWORK**<br>**PO BOX 270205**<br>**GOLDEN VALLEY, MN 55427** | - | | | 1/1/2010<br>SERVICES | | | | 711.59 |
| Account No. **41873640**<br><br>**TRANSAMERICA LIFE INSURANCE COMPANY**<br>**P.O. BOX 742528**<br>**CINCINNATI, OH 45274-2528** | - | | | 1/11/2011<br>INSURANCE | | | | 9,980.00 |
| Account No.<br><br>**TRAVELHOST OF INDIANAPOLIS**<br>**484 E. CARMEL DR. SUITE 198**<br>**CARMEL, IN 46032** | - | | | 12/21/2010<br>ADVERTISING | | | | 2,500.00 |
| Account No. **108311**<br><br>**Unique Settings Of New York**<br>**31-00 47th Ave 2nd Floor**<br>**Long Island City, NY 11101** | - | | | 2/16/2011<br>INVENTORY | | | | 383.10 |

Sheet no. __22__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      **23,015.09**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Hofmeister's Personal Jewelers, Inc.** ,                    Case No. _____
                                 Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  <br><br>**VAN AUSDALL & FARARR**<br>**P.O. Box 664250**<br>**INDPLS, IN 46266** | - | | 2/10/2011<br>SERVICES | | | | 207.73 |
| Account No. **1003178** <br><br>**VICTORINOX SWISS ARMY**<br>**PO BOX 845362**<br>**BOSTON, MA, MA 02284-5362** | - | | 2/14/2011<br>INVENTORY | | | | 24,535.86 |
| Account No.  <br><br>**VIDEOINDIANA, INC.**<br>**WTHR-13 DEPT. L-2380**<br>**COLUMBUS, OH 43260** | - | | 12/26/2010<br>ADVERTISING | | | | 73,705.50 |
| Account No.  <br><br>**WEB-PROS**<br>**633 LIBRARY PARK DRIVE SUITE K**<br>**GREENWOOD, IN 46142** | - | | 4/1/2008<br>ADVERTISING | | | | 750.00 |
| Account No.  <br><br>**WILLIAMS COMFORT AIR**<br>**1077 3rd AVENUE SW**<br>**CARMEL, IN 46032** | - | | 9/23/2010<br>SERVICES | | | | 692.00 |

Sheet no. __23__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)       **99,891.09**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Hofmeister's Personal Jewelers, Inc.**                                          ,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **00-H04285**<br><br>**WOLF DESIGNS**<br>**P O Box 31001-0939**<br>**Pasadena, CA 91110-0939** | | - | | **1/19/2011**<br>**INVENTORY** | | | | 117.15 |
| Account No. **44943**<br><br>**WQME RADIO**<br>**1100 EAST 5TH STREET**<br>**ANDERSON, IN 46012-3495** | | - | | **12/26/2010**<br>**ADVERTISING** | | | | 605.00 |
| Account No.<br><br>**ZEE MEDICAL SERVICE CO., INC.**<br>**PO BOX 781554**<br>**INDIANAPOLIS, IN 46278-8554** | | - | | **2/4/2011**<br>**SERVICES** | | | | 116.85 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __24__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **839.00**

Total
(Report on Summary of Schedules)        **2,165,968.78**

B6G (Official Form 6G) (12/07)

.

In re   **Hofmeister's Personal Jewelers, Inc.** ,                    Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Hofmeister Properties, LLC**<br>**c/o Carter Hofmeister**<br>**1530 E. 75th Street**<br>**Indianapolis, IN 46240** | **Lease of commercial building**<br>**$4,500.00 per week** |
| **NISSAN MOTOR**<br>**ACCEPTANCE CORPORATION**<br>**P.O. BOX 9001133**<br>**LOUISVILLE, KY 40290-1133** | **Lease of a 2008 Nissan 350Z**<br><br>**Lease Termination Date:  08/08/2011**<br>**Monthly Lease Payment:  $768.87** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **Hofmeister's Personal Jewelers, Inc.**                                    ,    Case No. _____
                                                          Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Indiana

In re   **Hofmeister's Personal Jewelers, Inc.**                                    Case No.
                                        Debtor(s)                        Chapter   **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___37___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **April 13, 2011**                          Signature   **/s/ Carter Hofmeister**
                                                              **Carter Hofmeister**
                                                              **Managing Member**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Southern District of Indiana

In re  **Hofmeister's Personal Jewelers, Inc.**

Debtor(s)

Case No.

Chapter  **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$946,932.00** | **2011 - Gross Receipts** |
| | **(year to date through April 11, 2011)** |
| **$5,243,770.78** | **2010 - Gross Receipts** |
| **$4,664,719.00** | **2009 - Gross Receipts** |
| **$5,775,728.00** | **2008 - Gross Receipts** |

2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

    b.   *Debtor whose debts are not primarily consumer debts.* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| AMERICAN EXPRESS PO BOX 650448 DALLAS, TX 75265-0448 | 1/18/2011 $20,000.00 1/31/2011 $ 5,086.14 2/23/2011 $45,000.00 | $70,086.14 | $31,597.68 |
| Indiana Department of Revenue 100 N. Senate Avenue Rm. N203-Bankruptcy Indianapolis, IN 46204 | 1/20/2011 $25,000.00 2/22/2011 $10,844.60 4/7/2011 $44,866.67 | $80,711.27 | $36,215.97 |
| LESLIE'S 585 WEST PUTNAM AVENUE GREENWICH, CT 06830 | 1/10/2011 $15,000.00 | $15,000.00 | $1,947.50 |
| HOOVER & STRONG 10700 TRADE RD. RICHMOND, VA 23236 | 2/8/2011 $10,000.00 | $10,000.00 | $31,354.11 |
| Cherie Dori 10001 W Oakland PK Blvd Suite 202 Sunrise, FL 33351 | 1/20/2011 $ 8,000.00 2/20/2011 $10,000.00 | $18,000.00 | $11,709.00 |
| David Trigg | 1/12/2011 $9,500.00 | $9,500.00 | $0.00 |
| Kattan | 01/10/2011 $8,352.49 | $8,352.49 | $0.00 |
| ANTHEM BCBS IN GROUP P.O. Box 105113 Atlanta, GA 30348-5113 | 2/28/2011 $7,017.80 3/31/2011 $7,017.80 | $14,035.60 | $7,017.80 |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|---|
| **NATIONAL CITY**<br>**PO BOX 856176**<br>**LOUISVILLE, KY 40285** | **1/31/2011**<br>**2/28/2011** | **$6,845.22**<br>**$6,508.48** | **$13,353.70** | **$0.00** |
| **MICHAEL D. SCHOFIELD**<br>**P.O. BOX 81**<br>**CLEAR CREEK, IN 47426** | **01/20/2011** | **$5,995.00** | **$5,995.00** | **$5,995.00** |
| **Ernst Fyrwald** | **3/24/11** | | **$5,984.00** | **$0.00** |
| **Meinrad H. Greven** | **02/11/2011** | **$5,670.00** | **$5,670.00** | **$0.00** |
| **STULLER SETTINGS**<br>**P.O. BOX 87777**<br>**LAFAYETTE LA, LA 70598-7777** | **02/10/2011** | **$5,000.48** | **$5,000.48** | **$20,674.18** |
| **DIDGEBRIDGE, LLC**<br>**10401 NORTH MERIDIAN STREET SUITE 300**<br>**INDIANAPOLIS, IN 46290** | **1/20/2011** | **$5,000.00** | **$5,000.00** | **$5,000.00** |
| **Beta USA** | **3/15/11** | | **$8,968.96** | **$0.00** |
| **Rolex Watch** | **3/17/11** | | **$6,495.55** | **$0.00** |
| **Exclusive Diamonds** | **3/28/11** | | **$8,626.50** | **$0.00** |

None
■

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
■

    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
■

    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

4

**5.  Repossessions, foreclosures and returns**

None    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed of foreclosure or
■       returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12
        or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the
        spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6.  Assignments and receiverships**

None    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of
■       this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a
        joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately
■       preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
        property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
        filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7.  Gifts**

None    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary
■       and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions
        aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by
        either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8.  Losses**

None    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or**
☐       **since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both
        spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |
| **Two Thefts of Jewelery Value:  $80,000** | **Fed-Ex boxes stolen by security guard** | **2010** |

**9.  Payments related to debt counseling or bankruptcy**

None  
☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Eric Redman<br>Redman Ludwig, Pc<br>151 N. Delaware Street, Suite 1106<br>Indianapolis, IN 46204 | 3/2001 | $20,000.00 |

**10.  Other transfers**

None  
■    a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None  
■    b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None  
■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None  
■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None  
■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None □
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Hofmeister's Personal Jewelers, Inc.** | 35-1430130 | **3809 E. 82nd Street Indianapolis, IN 46240** | **Jewelery Store** | **5/23/1978 - Present** |

None ■
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                          ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None □
a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Gary Timpe, Atty CPA Timpe CPA's LLC 4212 W. 71st Street, Suite C Indianapolis, IN 46268** | **2008-2011** |
| **Wally Bryant, CPA PMR Management Services, Inc. 1845 Rooses Lane Indianapolis, IN 46217** | **2010-2011** |

None ■
b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                                    DATES SERVICES RENDERED

None □
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Carter Hofmeister** | **1530 E. 75th Street**<br>**Gainesville, TX 76240** |
| **Gary Hofmeister** | **8181 Morningside Drive**<br>**Indianapolis, IN 46240** |

None  ■  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

### 20. Inventories

None  ■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None  ■  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

### 21 . Current Partners, Officers, Directors and Shareholders

None  ■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None  ☐  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Carter Hofmeister**<br>**1530 E. 75th Street**<br>**Indianapolis, IN 46240** | **Managing Member** | **Owner of 85.9% of shares** |
| **Gary Hofmeister**<br>**3809 E. 82nd Street**<br>**Indianapolis, IN 46240** | **Member** | **Owner of 14.1% of shares** |

---

### 22 . Former partners, officers, directors and shareholders

None  ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None  ■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

9

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Carter Hofmeister**<br>**1530 E. 75th Street**<br>**Indianapolis, IN 46240**<br>   **Managing Member** | **4/13/10 - 04/13/2011  $  2,492.50 - weekly pay check** | |
| **Gary Hofmeister**<br>**3809 E. 82nd Street**<br>**Indianapolis, IN 46240**<br>   **Member** | **05/14/2010   $1,000.00- HSA**<br>**12/13/2010   $  585.00 -Reimbursement for expenses**<br>**12/24/2010   $2,000.00 -HSA** | |

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                           TAXPAYER IDENTIFICATION NUMBER (EIN)


**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**


I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.


Date  **April 13, 2011**                            Signature   **/s/ Carter Hofmeister**
                                                                  **Carter Hofmeister**
                                                                  **Managing Member**


[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Southern District of Indiana

In re   **Hofmeister's Personal Jewelers, Inc.**            Case No.

                                               Debtor(s)            Chapter     **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | 16,961.00 |
| Prior to the filing of this statement I have received | $ | 16,961.00 |
| Balance Due | $ | 0.00 |

2.    The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3.    The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]
           **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         **For a Chapter 13, refer to Rights and Responsibilities Form**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **April 13, 2011**                     **/s/ Eric C. Redman**
                                                             **Eric C. Redman #6330-49**
                                                               **Redman Ludwig, PC**
                                                               **151 N. Delaware**
                                                               **Suite 1106**
                                                               **Indianapolis, IN 46204**
                                                               **317-685-2426  Fax: 317-636-8686**

# United States Bankruptcy Court
## Southern District of Indiana

In re    **Hofmeister's Personal Jewelers, Inc.**                                      ,          Case No. _____
                                                                        Debtor
                                                                                          Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Carter Hofmeister**<br>**1530 E. 75th Street**<br>**Indianapolis, IN 46240** | **Common** | **85.9% of Shares** | **Voting** |
| **Gary Hofmeister**<br>**3809 E. 82nd Street**<br>**Indianapolis, IN 46240** | **Common** | **14.1% of Shares** | **Voting** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____**April 13, 2011**_____          Signature  **/s/ Carter Hofmeister**_____
                                                                    **Carter Hofmeister**
                                                                    **Managing Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

____**0**____  continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Southern District of Indiana

In re   __Hofmeister's Personal Jewelers, Inc.__      Case No. _____

                          Debtor(s)      Chapter    __11__

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   __April 13, 2011__              __/s/ Carter Hofmeister__

                                             __Carter Hofmeister__/__Managing Member__
                                             Signer/Title

```
INTERNAL REVENUE SERVICE
POST OFFICE BOX 7346
PHILADELPHIA, PA 19101-7346




INDIANA DEPARTMENT OF REVENUE
100 N. SENATE AVENUE
RM. N203-BANKRUPTCY
INDIANAPOLIS, IN 46204




A. JAFFE
154 W. 14TH ST. 12TH FLOOR
NEW YORK, NY 10011




AFLAC
1932 WYNNTON ROAD
COLUMBUS, GA 31993-8601




AMCO ELEVATORS
P.O. BOX 7014
INDIANAPOLIS, IN 46207




AMERICAN GEM SOCIETY
8881 WEST SAHARA AVE
LAS VEGAS, NV 89117




ANDREW MEYER LLC
550 PINETOWN RD SUITE 234
FT WASHINGTON, PA 19034
```

ANTHEM BCBS IN GROUP
P.O. BOX 105113
ATLANTA, GA 30348-5113


ARMSTRONG TOOL & SUPPLY
31541 W. EIGHT MILE RD
LIVONIA, MI 48152


ASCENSUS
P.O. BOX 36469
NEWARK, NJ 07188-6469


AT&T
PO BOX 660011
DALLAS, TX 75266-0011


AT&T ADVERTISING & PUBLISHING
PO BOX 8112
AURORA, IL 60507-8112


AT&T MOBILITY
PO BOX 6463
CAROL STREAM, IL 60197-6463


BELLARRI
7400 E MCDONALD DRIVE SUITE# 110
SCOTTSDALE, AZ 85250

BENCHMARK
PO DRAWER 2929
TUSCALOOSA, AL 35403

BENY SOFER
587 5TH AVE. 9TH FLOOR
NEW YORK, NY 10017

BERGSTROM JEWELERS
12 SOUTH 6TH STREET SUITE 229
MINNEAPOLIS, MN 55402

BETTER BUSINESS BUREAU
22 E WASHINGTON
INDIANAPOLIS, IN 46204

BIXBY
18 EAST 48TH STREET
NEW YORK, NY 10017-1014

BULOVA CORP.
PO BOX 36138
NEWARK, NJ 07188-6138

CEDAR TRADING INC
2425 W LOOP SOUTH #585
HOUSTON, TX 77027

CERIDIAN
PO BOX 10989
NEWARK, NJ 07193


CH
KING COLE BUILDING ONE NORTH MERIDINA ST
INDIANAPOLIS, IN 46204


CHAD ALLISON
576 5TH AVE SUITE 904
EW YORK, NY 10036


CHERIE DORI
10001 W OAKLAND PK BLVD SUITE 202
SUNRISE, FL 33351


CHRYSLER FINANCIAL
P.O. BOX 9218
FARMINGTON, MI 48333-9218


CINTAS CORPORATION #018
P.O. BOX 630803
CINCINNATI, OH 45263-0803


CITIZENS GAS
PO BOX 7056
INDIANAPOLIS, IN 46207

CLEAR CHANNEL BROADCASTING, INC
PO BOX 406026
ATLANTA, GA, GA 30384-6026


COLIBRI CORP.
25 FAIRMOUNT AVE.
EAST PROVIDENCE, RI 02914


COMCAST CABLE
P.O. BOX 3005
SOUTHEASTERN, PA 19398-3005


COMEX
650 S. HILL STREET SUITE 629
LOS ANGELES, CA 90014


COPPER MOON REFRESHMENT SERVICES
6555 E. 30TH STREET  SUITE F
INDIANAPOLIS, IN 46219


COSERV
PO BOX 100879
ATLANTA, GA 30384


CUMULUS
LOCKBOX 3649 PO BOX 643649
CINCINNATI, OH 46264-3649

DAVID SPIVAK DESIGNS
P.O. BOX 1297
WESTON, CT 06883


DIDGEBRIDGE, LLC
10401 NORTH MERIDIAN STREET SUITE 300
INDIANAPOLIS, IN 46290


DOVE'S JEWELRY DESIGN
98 CUTTERMILL ROAD SUITE# 493
GREAT NECK, NY 11021


DSL PEARL INC.
15 WEST 47TH STREET SUITE 605
NEW YOR, NY 10036


EARSHOT AUDIO POST, LLC.
6311 WESTFIELD BLVD SUITE 300
INDINAPOLIS, IN 46220


EBEL
107 STATE STREET
MOONACHIE, NJ 07074


ESQUIRE EWC DIVISION OF NAWC
15741 COLLECTIONS CENTER DR.
CHICAGO, IL 60693

EXCLUSIVE DIAMONDS INC.
48 WEST 48TH STREET SUITE 501
NEW YORK, NY 10036


EXIT 76 ANTIQUE MALL


F. PEN COSBY
251 EAST OHIO STREET SUITE 915
INDIANAPOLIS, IN 46204


FILE-A-GEM
PO BOX 138
BAXTER SPRINGS, KS 66713


FJD USA INC.
29560 BECK ROAD SUITE 101
WIXOM, MI 48393


GEM 2000
P.O. BOX 091070
COLUMBUS, OH 43209


GEMS ONE
25 WEST 45TH STREET SUITE 1200
NEW YORK, NY 10036

GEMS ONE CORPORATION
25 WEST 45TH STREET SUITE 1200
NEW YORK, NY 10036


GOLDEN HAWK
1935 ACORN COURT
AVON, IN 46123


GOLDEN WEST
861 6TH AVE. SUITE 800
SAN DIEGO, CA 92101


GUARDIAN PACKAGING
110 CENTER STREET
WILDER, KY 41071-2906


HADLEY-ROMA
PO BOX 1130
LARGO, FL 33779


HARPER'S BAZAAR
P.O. BOX 7175
RED OAK, IA 51591-4175


HEARTS ON FIRE COMPANY
P.O. BOX 1450 NW 5300
MINNEAPOLIS, MN 55485-5300

HOFMEISTER PROPERTIES, LLC
C/O CARTER HOFMEISTER
1530 E. 75TH STREET
INDIANAPOLIS, IN 46240


HONORA INDUSTRIES. INC.
18 EAST 48TH STREET
NEW YORK, NY 10017-1014


HOOVER & STRONG
10700 TRADE RD.
RICHMOND, VA 23236


INDIANA INSURANCE COMPANY
P.O. BOX 7906
LOVELAND, OH 45140-7906


INDIANA OXYGEN
PO BOX 78588
INDIANAPOLIS, IN 46278


INDIANA RETAIL COUNCIL
ONE NORTH CAPITOL SUITE 430
NDIANAPOLIS, IN 46204


INDIANAPOLIS COLTS
PO BOX 535000 ATTN: STACY JOHNS
NDIANAPOLIS, IN 46253

INDIANAPOLIS MONTHLY
7992 RELIABLE PARKWAY
CHICAGO, IL 60686


INDIANAPOLIS RADIO
7999 RELIABLE PARKWAY
CHICAGO, IL 60686-0079


INDIANAPOLIS WATER
PO BOX 1990
INDIANAPOLIS, IN 46206


INDIANAPOLIS WATER CO
PO BOX 1990
INDIANAPOLIS, IN 46206


INDIANAPOLIS WATER CO.
PO BOX 1990
INDIANAPOLIS, IN 46206


INTELLIGENT SYSTEMS
14630 DEERWOOD DRIVE
CARMEL, IN 46033


ISAAC DAVIDOWITS LLC
579 FIFTH AVE SUITE 860
NEW YORK, NY 10017

ITALGEM CORP.
747 MIDDLE NECK ROAD SUITE 106
GREAT NECK, NY 11024


JEWELERS MUTUAL INSURANCE COMPANY
P.O. BOX 468
NEENAH, WI 54957-0468


JEWELS BY STAR
579 FIFTH AVENUE STE 900
NEW YORK, NY 10017


JULES BOREL & COMPANY
1110 GRAND AVE
KANSAS CITY, MO 64106


KATZ, SAPPER & MILLER
P.O. BOX 7096 DEPT #235
INDIANAPOLIS, IN 46206-7096


KBCR
PO BOX 774050
STEAMBOAT SPRINGS, CO 80477


KIMBERLY COLLINS COLORED GEMS
12400 ST. HWY. 71 WEST SUITE 350-313
AUSTIN, TX 78738

LA LANDSCAPES, INC.
P.O. BOX 30186
INDIANAPOLIS, IN 46230


LAKE CLEARWATER LAKE ASSOC.
C/O KIRKPATRICK MANAGEMENT COMPANY PO BO
INDIANAPOLIS, IN 46220


LASER BUSINESS FORMS
PO BOX 502450
INDIANAPOLIS, IN 46250


LE VIAN CORP.
235 GREAT NECK ROAD
GREAT NECK, NY 11021


LESLIE'S
585 WEST PUTNAM AVENUE
GREENWICH, CT 06830


LINCOLN BENEFIT LIFE COMPANY
PO BOX 3582
AKRO, OH 44309-3582


LITURGICAL PUBLICATIONS INC.
PO BOX 510817
NEW BERLIN, WI 53151

MAURICE LACROIX
401 HACKENSACK AVE.
HACKENSACK, NJ 07601


MICHAEL D. SCHOFIELD
P.O. BOX 81
CLEAR CREEK, IN 47426


MIDLAND NATIONAL LIFE INS. CO
PO BOX 5973
SIOUX FALLS, SD 57117


MIDWEST AUTOMATED TIME SYSTEMS
2324 WEST 63RD. ST.
DAVENPORT, IA 52806


MIDWEST DIAMOND DISTRIBUTORS
4440 LAKE FOREST DRIVE #114
CINCINNATI, OH 45242


MONDAY JONES & ALBRIGHT
1915 BROAD RIPPLE AVENUE
INDIANAPOLI, IN 46220


MOVADO GROUP INC.
DBA MOVADO WATCH COMPANY
650 FROM ROAD SUITE 375
PARAMUS, NJ 07652-3500

MUZAK LLC
PO BOX 71070
CHARLOTTE, NC 28272-1070

NATIONAL CITY
PO BOX 856176
LOUISVILLE, KY 40285

NIGHT RIDER JEWELRY
4409 S. RURAL ROAD
TEMPE, AZ 85285

NISSAN MOTOR
ACCEPTANCE CORPORATION
P.O. BOX 9001133
LOUISVILLE, KY 40290-1133

OFFICE DEPOT
PO BOX 633211
CINCINNATI, OH 45263-3211

ONE COMMUNICATIONS
P.O. BOX 415721
BOSTON, MA 02441-5721

PAETEC
PO BOX 3243
MILWAUKEE, WI 53201-3243

PANDORA JEWELRY
8671 ROBERT FULTON DRIVE SUITE A
COLUMBIA, MD 21046

PAROCHIAL/U.S. BOOK COVERS
10540 SO. WESTERN AVE
CHICAGO, IL 60643

PITNEY BOWES GLOBAL FINANCIAL SER
P.O. BOX 371887
PITTSBURGH, PA 15250-7887

PITNEY BOWES PURCHASE POWER
P.O. BOX 371874
PITTSBURGH, PA 15250-7874

PNC BANK, NATIONAL ASSOCIATION
101 W. WASHINGTON STREET
SUITE 935 EAST
INDIANAPOLIS, IN 46255

QUALITY GOLD OF CINCINNATI
PO BOX 18490
FAIRFIELD, OH 45018

QUENCH USA, LLC
P.O. BOX 644006
CINCINNATI, OH 45264-4006

RADIO DISNEY GROUP LLC
14456 COLLECTIONS CENTER
CHICAGO, IL 60693


REMBRANDT CHARMS
370 S. YOUNGS RD.
BUFFALO, NY 14221


REPUBLIC NATIONAL DISTRIBUTING CO
P.O. BOX 660357
INDIANAPOLI, IN 46266


RIO GRANDE
7500 BLUEWATER RD NW
ALBUQUERQUE, NM 87121-1962


RITANI LLC
30 DR. MARTIN LUTHER KING JR. BLVD
WHITE PLAINS, NY 10601


ROYAL GEMS & JEWELRY, INC.
632 VINE STREET SUITE 700
CINCINNATI, OH 45202-2440


SKYLINE CLUB
ONE AMERICAN SQUARE 36TH. FLOOR
INDIANAPOLIS, IN 46204

SONITROL OF INDIANAPOLIS
219 EAST ST. JOSEPH ST.
INDIANAPOLIS, IN 46202


SPECTORE CORP
510 GOOLSBY BLVD
DEERFIELD BEACH, FL 33442


STRUCTURE MFG.
550 S. HILL ST. SUITE 1680
LOS ANGELES, CA 90013


STULLER SETTINGS
P.O. BOX 87777
LAFAYETTE LA, LA 70598-7777


THE BUTLER COLLEGIAN
ATTN: AD MANAGER 4600 SUNSET AVENUE
INDIANAPOLIS, IN 46208


THE WM. S. MCCAW COMPANY
PO BOX 1009
TOLEDO, OH 43697


TIMPE & TIMPE CPAS, LLC
4212 W. 71ST STREET SUITE C
INDIANAPOLIS, IN 46268

TOTAL TRAINING NEWORK
PO BOX 270205
GOLDEN VALLEY, MN 55427


TRANSAMERICA LIFE INSURANCE COMPANY
P.O. BOX 742528
CINCINNATI, OH 45274-2528


TRAVELHOST OF INDIANAPOLIS
484 E. CARMEL DR. SUITE 198
CARMEL, IN 46032


UNIQUE SETTINGS OF NEW YORK
31-00 47TH AVE 2ND FLOOR
LONG ISLAND CITY, NY 11101


VAN AUSDALL & FARARR
P.O. BOX 664250
INDPLS, IN 46266


VICTORINOX SWISS ARMY
PO BOX 845362
BOSTON, MA, MA 02284-5362


VIDEOINDIANA, INC.
WTHR-13 DEPT. L-2380
COLUMBUS, OH 43260

WEB-PROS
633 LIBRARY PARK DRIVE SUITE K
GREENWOOD, IN 46142


WILLIAMS COMFORT AIR
1077 3RD AVENUE SW
CARMEL, IN 46032


WOLF DESIGNS
P O BOX 31001-0939
PASADENA, CA 91110-0939


WQME RADIO
1100 EAST 5TH STREET
ANDERSON, IN 46012-3495


ZEE MEDICAL SERVICE CO., INC.
PO BOX 781554
INDIANAPOLIS, IN 46278-8554

# United States Bankruptcy Court
## Southern District of Indiana

In re   **Hofmeister's Personal Jewelers, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Hofmeister's Personal Jewelers, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 13, 2011**

Date

**/s/ Eric C. Redman**

**Eric C. Redman #6330-49**

Signature of Attorney or Litigant

Counsel for   **Hofmeister's Personal Jewelers, Inc.**

**Redman Ludwig, PC**
**151 N. Delaware**
**Suite 1106**
**Indianapolis, IN 46204**
**317-685-2426 Fax:317-636-8686**