## United States Bankruptcy Court
### Southern District of Indiana

In re  **Hofmeister's Personal Jewelers, Inc.**  
Debtor(s)

Case No. **11-04451-BHL**  
Chapter **11**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS  (NOTE: ONLY INCLUDE information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

| | |
|---|---:|
| 1. Gross Income For 12 Months Prior to Filing: | $ 4,803,643.00 |

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

| | |
|---|---:|
| 2. Gross Monthly Income | $ 330,000.00 |

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

| | |
|---|---:|
| 3. Net Employee Payroll (Other Than Debtor) | $ 60,524.00 |
| 4. Payroll Taxes | 4,630.00 |
| 5. Unemployment Taxes | 800.00 |
| 6. Worker's Compensation | 1,816.00 |
| 7. Other Taxes | 2,333.00 |
| 8. Inventory Purchases (Including raw materials) | 158,400.00 |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | 0.00 |
| 10. Rent (Other than debtor's principal residence) | 26,070.00 |
| 11. Utilities | 4,833.00 |
| 12. Office Expenses and Supplies | 5,300.00 |
| 13. Repairs and Maintenance | 4,417.00 |
| 14. Vehicle Expenses | 750.00 |
| 15. Travel and Entertainment | 2,200.00 |
| 16. Equipment Rental and Leases | 200.00 |
| 17. Legal/Accounting/Other Professional Fees | 5,000.00 |
| 18. Insurance | 5,684.00 |
| 19. Employee Benefits (e.g., pension, medical, etc.) | 8,100.00 |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| | |

21. Other (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| Interest Expense | 7,400.00 |
| Line of Credit Payments | 20,000.00 |

| | |
|---|---:|
| 22. Total Monthly Expenses (Add items 3-21) | $ 318,457.00 |

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**

| | |
|---|---:|
| 23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2) | $ 11,543.00 |